**Order entered August 9, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00581-CV

**MARTIN FISHMAN AND ROBERT BRODY AS
TRUSTEE, INDIVIDUALLY AND DERIVATIVELY, Appellants**

**V.**

**C.O.D. CAPITAL CORP. D/B/A C.O.D. FRIENDLY AND LOWELL BURK, Appellees**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12916**

## ORDER

We **GRANT** appellants' August 8, 2016 unopposed motion for extension of time to file appellants' brief and **ORDER** appellants' brief filed no later than September 12, 2016.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE